# ELECTRONIC RECORD

1737-13

COA # 14-12-00590-CR

OFFENSE: Driving While Intoxicated

STYLE: Max David Voltmann v The State of Texas

COUNTY: Tarrant

COA DISPOSITION: Affirmed as Modified

TRIAL COURT: Criminal Districr Court 4

DATE: 09/05/2013     Publish: No

TC CASE #: 1223256D

## IN THE COURT OF CRIMINAL APPEALS

1737-13

STYLE: Max David Voltmann v The State of Texas

CCA # _____

_____State's_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___02/11/2015___

JUDGE: ___Per Curiam___

Keller, P.J., Keasler + Heavey would GRANT

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

_____STATE'S_____ MOTION FOR

FOR REHEARING IN CCA IS: DENIED on 3/25/2015

JUDGE: ___Per Curiam___

ELECTRONIC RECORD

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

3/26/2015
**VOLTMANN, MAX DAVIS**

**COA No. 14-12-00590-CR**
**PD-1737-13**

**Tr.Ct. No. 1223256D**

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

**14TH COURT OF APPEALS CLERK**
CHRISTOPHER A. PRINE
301 FANNIN, SUITE 245
HOUSTON, TX 77002-7006
* DELIVERED VIA E-MAIL *